# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v.                                             **Case Number 5:19-cr-5-Oc-28PRL**

**JUSTIN LEWIS**

## ORDER

This case is before the Court on Mr. Lewis' Motion to Suppress and Request for Franks Hearing (Doc. 14). The assigned United States Magistrate Judge submitted a Report (Doc. 62) recommending that the motion be denied. Mr. Lewis filed an Objection to the Report (Doc. 63) and the United States filed its response in opposition to Defendant's Objection. (Doc. 70).

After a *de novo* review of the record in this matter, including consideration of the Objection (Doc. 63) filed by Mr. Lewis, and the response filed by the United States (Doc. 70), the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Mr. Lewis' Objection is overruled. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 62) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Suppress and Request for Franks Hearing (Doc. 14) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on June 19, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties