UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 5:19-cr-5-JA-PRL-1

JUSTIN LEWIS

_____/

ORDER

This case is before the Court on the Motions to Appeal *In Forma Pauperis* (Docs. 229, 236) filed by Defendant. The assigned United States Magistrate Judge has submitted a Report (Doc. 237) recommending that the motions be denied. No objections have been filed to the Report.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 237) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motions to Appeal *In Forma Pauperis* (Docs. 229, 236) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on March 4, 2022.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties