# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:19-cr-5-JA-PRL-1

JUSTIN LEWIS
_____/

## ORDER

This case is before the Court on a Motion to Appeal *In Forma Pauperis* (Doc. 239) filed by Defendant. The assigned United States Magistrate Judge has submitted a Report (Doc. 240) recommending that the motion be denied. No objections have been filed to the Report.[1]

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 240) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Appeal *In Forma Pauperis* (Doc. 239) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on March 17, 2022.

JOHN ANTOON II
United States District Judge

---

[1] In his filing at docket entry 243, Defendant "agrees appeal is untimely because the Court has yet to make a ruling on Defendant's Motion to Dismiss."

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties