UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:19-cr-5-JA-PRL

JUSTIN LEWIS

### ORDER

This case is before the Court on Defendant's Motion to Dismiss (Doc. 214), Motion to Acquit Nolle Prosequi (Doc. 254), and Motion to Suppress, Motion to Reconsider Franks Hearing, and Motion to Reconsider Motion to Dismiss (If Applicable) (Doc. 255). The assigned United States Magistrate Judge submitted a Report (Doc. 264) recommending that all of these motions be denied. Defendant has filed an Objection to the Report. (Doc. 269).

After a *de novo* review of the record in this matter, including the Objection filed by Defendant, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Defendant's Objection is overruled. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 264) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss (Doc. 214) is **DENIED**.

3. The Motion to Acquit Nolle Prosequi (Doc. 254) is **DENIED**.

4. The Motion to Suppress, Motion to Reconsider Franks Hearing, and Motion to Reconsider Motion to Dismiss (Doc. 255) is **DENIED.**

5. The Motion for Extension of Time (Doc. 270) is **DENIED as moot.**

**DONE** and **ORDERED** in Orlando, Florida, on July 1st, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Standby Counsel for Defendant
Justin Lewis