UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 5:19-cr-5-JA-PRL

JUSTIN LEWIS
_____/

REPORT AND RECOMMENDATION[1]

In addition to twice appealing orders related to his detention, along with filing several notices of appeal and motions to proceed in forma pauperis (the history of which is recited in a recent report and recommendation (Doc. 237)), as well as appealing an order that hadn't been ruled on (See Doc. 238, Notice of Appeal), and having his appeal dismissed (Doc. 296), he has filed another notice of appeal (Doc. 291).

In a report and recommendation (Doc. 264), the Court recommended the denial of the defendant's motion to dismiss because in it he was merely relitigating the issues he had already lost on in multiple motions to suppress. The district judge adopted the report and recommendation (Doc. 278). That decision was not appealed.

Instead, the defendant almost immediately filed another motion to dismiss (Doc. 283), to which the government responded (Doc. 285). At a status conference to discuss an

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B); Local Rule 6.02. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

upcoming trial term, the Court denied that motion to dismiss as well. (Doc. 294). This time, on that same day, the defendant filed his notice to appeal (Doc. 291) and a request to do so in forma pauperis (Doc. 292).

"A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization," unless the district court "certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis" or "a statute provides otherwise." Fed. R. App. P. 24(a)(3).

I submit that because, among other things, the Court had rendered a decision on his motion to dismiss that wasn't timely appealed, that his latest appeal to a subsequent motion to dismiss that was also denied (and that was itself without merit) is not taken in good faith and that his motion to proceed in forma pauperis should be denied accordingly.

It is respectfully recommended that the Defendant's pending motion to appeal in forma pauperis be denied. (Doc. 292).

**RECOMMENDED** in Ocala, Florida on August 3, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

c: Defendant
United States Attorney
United States Marshal
United States Pretrial