UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:19-cr-5-JA-PRL

JUSTIN LEWIS

## ORDER

This case is before the Court on Defendant's Motion "To Proceed Appeal In Forma Pauperis". (Doc. 292). The assigned United States Magistrate Judge submitted a Report (Doc. 301) recommending this motion be denied. Defendant filed an Objection to the Report. (Doc. 311).

After a *de novo* review of the record in this matter, including the Objection filed by Defendant, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Defendant's Objection is overruled. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 301) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion "To Proceed Appeal In Forma Pauperis" (Doc. 292) is **DENIED**.

DONE and ORDERED in Orlando, Florida, on August 17, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Standby Counsel for Defendant
Justin Lewis